**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-11-340 (1, 3 9, 10) |
| | § | |
| | § | |
| THUONG HONG NGUYEN | § | |
| THUONG THOMAS-MORE VO | § | |
| STEVEN MARSHALL BOEHNING | § | |
| HUNG VAN DANG | § | |

## ORDER

The motion to stay the order compelling the voice exemplars is denied. (Docket Entry No.

306).

SIGNED on August 2, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge