**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA　　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
VS.　　　　　　　　　　　　　　　§　　CRIMINAL　NO. H-11-340
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
THOUNG HONG NGUYEN, *et al.*　　§

**O R D E R**

The motion for extension of time to file motion for new trial, (Docket Entry No. 365), is

moot.  The motion was filed timely.

SIGNED on December 20, 2012, at Houston, Texas.

　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　United States District Judge