# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-340 |
| | § | |
| THOUNG HONG NGUYEN, *et al.* | § | |

## MEMORANDUM AND ORDER

The defendant, Thuong Thomas-More Vo, has moved for a new trial based on this court's denial of the motion for acquittal made at the conclusion of the evidence; in denying the motion for mistrial when the jury first announced it was not able to reach a unanimous verdict; in giving an Allen charge; in allowing J.D. Talton to testify as to a nickname of the defendant; by allowing J.D. Talton to testify as both a fact and expert witness; in allowing evidence of a prior conviction; because the government commented on the defendant's decision not to testify; and in denying the severance motion. (Docket Entry No. 366). The government must file a response no later than **January 25, 2013**.

SIGNED on December 20, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge