## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-340 (9 and 10) |
| | § | |
| STEVEN MARSHALL BOEHNING | § | |
| HUNG VAN DANG | § | |

## O R D E R

Defendant Dang filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 419). Defendant Boehning filed a motion to adopt the codefendant's motion. (Docket Entry No. 420). The motions for continuance are GRANTED. The sentencing hearing is reset to **May 10, 2013 at 1:30 p.m.** Objections to the presentence report are due by April 23, 2013.

SIGNED on February 12, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge