IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-11-340-1 |
| | § | |
| THUONG HONG NGUYEN | § | |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 469). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 22, 2013 at 9:00 a.m.** Objections to the presentence report are due by August 8, 2013.

SIGNED on April 3, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge