UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| versus | § | CRIMINAL NO. H-11-340-14 |
| | § | |
| BERNARD LEE JASHINSKY | § | |

# ORDER RELEASING BOND PAYMENT

At the request of the defendant, the Court hereby releases the defendant's bond payment in the amount of $2,000. The payment is to be distributed as follows:

1. $500 to the defendant, Bernard Lee Jashinsky, to pay delinquent state probation fees.

2. $1,500 to the U.S. District Court, in Cause No. 4:11CR00340-014, to be paid toward the Court ordered fine balance.

SIGNED on April 29, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

Copy:  Sr. U.S. Probation Officer Gwen York
       Sr. U.S. Probation Officer Lane Hargrove